```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

RITA JACKSON and SAMENDA      *
CROCHIERE,
                              *
     Plaintiffs,
                              *      CASE NO. 4:07-CV-170 (CDL)
vs.
                              *
AMERICAN RED CROSS-WEST CENTRAL *
GEORGIA CHAPTER, AMERICAN RED
CROSS-SOUTHEAST SERVICE AREA; *
AMERICAN NATIONAL RED CROSS
a/k/a AMERICAN RED CROSS; SHARON *
LYON; and SANDRA GRANT,
                              *
     Defendants.
                              *

O R D E R

Presently pending before the Court is Defendants' Partial Motion to Dismiss (Doc. 11), in which Defendants seek to dismiss five of the nine causes of action Plaintiffs assert in their Amended Complaint. On August 1, 2008, Plaintiffs sought leave to file a Second Amended Complaint. The Court granted Plaintiffs' request, and Plaintiffs filed their Second Amended Complaint on September 12, 2008. Defendants answered the Second Amended Complaint on September 22, 2008. Because Defendants' presently pending motion is a motion to dismiss claims asserted in the Amended Complaint, their motion became moot when Plaintiffs filed their Second Amended Complaint. The Court therefore denies Defendants' Partial Motion to Dismiss (Doc. 11) as moot. If Defendants wish to file a motion to dismiss claims asserted

1

in the Second Amended Complaint, they should do so within thirty (30) days from the date of this Order.

IT IS SO ORDERED, this 2nd day of October, 2008.

<pre>
                                        S/Clay D. Land
                                           CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE
</pre>